**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BUCKLEY, RAYMOND JOSEPH | § | Case No. 10-39010 |
| BUCKLEY, KRISTEN ALISA | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 307,805.00<br>*(Without deducting any secured claims)* | Assets Exempt: 59,050.00 |
| Total Distributions to Claimants: 4,470.90 | Claims Discharged<br>Without Payment: 30,871.35 |
| Total Expenses of Administration: 1,330.10 | |

3) Total gross receipts of $ 5,801.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 5,801.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 359,632.39 | $ 359,632.39 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,330.10 | 1,330.10 | 1,330.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 33,042.00 | 32,959.51 | 32,983.25 | 4,470.90 |
| **TOTAL DISBURSEMENTS** | $ 33,042.00 | $ 393,922.00 | $ 393,945.74 | $ 5,801.00 |

4) This case was originally filed under chapter 7 on 08/31/2010 , and it was converted to chapter 7 on 01/30/2012 . The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/26/2013 By:/s/MICHAEL G. BERLAND

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tas refund-unscheduled | 1224-000 | 5,801.00 |
| **TOTAL GROSS RECEIPTS** | | $ 5,801.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | CHRYSLER FINANCIAL SERVICES AMERICA | 4110-000 | NA | 21,780.55 | 21,780.55 | 0.00 |
| 000003 | HSBC MORTGAGE SERVICES, INC. | 4110-000 | NA | 329,876.84 | 329,876.84 | 0.00 |
| 000006A | WELLS FARGO FINANCIAL ILLINOIS_INC | 4110-000 | NA | 7,975.00 | 7,975.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 359,632.39 | $ 359,632.39 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | NA | 1,330.10 | 1,330.10 | 1,330.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,330.10 | $ 1,330.10 | $ 1,330.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | 12 HSBC BANK Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | 220.00 | NA | NA | 0.00 |
| | 15 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |
| | 4 Capital ONE BANK N.A. C/O Portfolio Recvry&Affil 120 Corporate Blvd Ste 1 Norfolk VA 23502 | | 1,745.00 | NA | NA | 0.00 |
| | 5 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 394.00 | NA | NA | 0.00 |
| | 8 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |
| | 9 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | 0.00 | NA | NA | 0.00 |
| | Blatt, Hasenmiller, Leibsker & Moore 125 S. Wacker Dr. Suite 400 Chicago IL 60606 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Echelon Recovery Inc. 9339446 PO Box 1880 Voorhees NJ 08043 | | 0.00 | NA | NA | 0.00 |
| | Heller & Frisone Bankruptcy Department 33 N. LaSalle St., Ste. 1200 Chicago IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Heller & Frisone Bankruptcy Department 33 N. LaSalle St., Ste. 1200 Chicago IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Nelson, Watson & Associates Bankruptcy Department 80 Merrimack St., Lower Level Haverhill MA 01830 | | 0.00 | NA | NA | 0.00 |
| | Portfolio Recovery & Affil. Bankruptcy Department 120 Corporate Blvd., Ste. 1 Norfolk VA 23502 | | 0.00 | NA | NA | 0.00 |
| | Will County Circuit Court Doc #10AR1581 14 W. Jefferson St Joliet IL 60432 | | 0.00 | NA | NA | 0.00 |
| | Will County Circuit Court Doc #10AR1581 14 W. Jefferson St Joliet IL 60432 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Will County Circuit Court Doc #10SC7697 14 W. Jefferson St Joliet IL 60432 | | 0.00 | NA | NA | 0.00 |
| 000008 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,244.00 | 1,244.31 | 1,244.31 | 168.79 |
| 000009 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,986.00 | 1,986.19 | 1,986.19 | 269.42 |
| 000011 | CHASE BANK USA, N.A. | 7100-000 | 213.00 | 203.69 | 203.69 | 27.63 |
| 000012 | CHASE BANK USA, N.A. | 7100-000 | 527.00 | 527.83 | 527.83 | 71.60 |
| | CLERK OF BANKRUPTCY COURT | 7100-000 | NA | 0.00 | 23.74 | 23.74 |
| 000015 | EAST BAY FUNDING, LLC | 7100-000 | NA | 389.11 | 389.11 | 52.78 |
| 000016 | GE MONEY BANK | 7100-000 | 134.00 | 119.84 | 119.84 | 16.25 |
| 000002 | MIDLAND CREDIT MANAGEMENT, INC. | 7100-000 | 1,701.00 | 1,701.43 | 1,701.43 | 230.80 |
| 000001 | PRA RECEIVABLES MANAGEMENT, LLC | 7100-000 | NA | 1,726.50 | 1,726.50 | 234.20 |
| 000010 | PRA RECEIVABLES MANAGEMENT, LLC | 7100-000 | 11,870.00 | 11,870.74 | 11,870.74 | 1,610.25 |
| 000013 | TARGET NATIONAL BANK | 7100-000 | 212.00 | 228.15 | 228.15 | 30.95 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | TARGET NATIONAL BANK | 7100-000 | 196.00 | 185.86 | 185.86 | 25.21 |
| 000004 | WELLS FARGO BANK, N.A. | 7100-000 | 5,065.00 | 5,065.24 | 5,065.24 | 687.09 |
| 000005 | WELLS FARGO BANK, N.A. | 7100-000 | 7,535.00 | 7,535.57 | 7,535.57 | 1,022.19 |
| 000006B | WELLS FARGO FINANCIAL ILLINOIS_INC | 7100-000 | NA | 175.05 | 175.05 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 33,042.00 | $ 32,959.51 | $ 32,983.25 | $ 4,470.90 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 10-39010 BL Judge: Bruce W. Black
Case Name: BUCKLEY, RAYMOND JOSEPH
BUCKLEY, KRISTEN ALISA
For Period Ending: 09/26/13

Trustee Name: MICHAEL G. BERLAND
Date Filed (f) or Converted (c): 01/30/12 (c)
341(a) Meeting Date: 03/01/12
Claims Bar Date: 06/13/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Tas refund-unscheduled (u) | 0.00 | 5,801.00 | | 5,801.00 | FA |
| 2. 8347 Brickstone, Frankfort | 277,580.00 | 0.00 | | 0.00 | FA |
| 3. checking Chase | 825.00 | 0.00 | | 0.00 | FA |
| 4. Savings Chase | 100.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Books cds etc | 150.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 8. earrings, watch etc | 150.00 | 0.00 | | 0.00 | FA |
| 9. Term life | 0.00 | 0.00 | | 0.00 | FA |
| 10. PENSION / PROFIT SHARING | 20,000.00 | 0.00 | | 0.00 | FA |
| 11. Crysler Financial-2008 Dodge Charger | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2002 Dodge Durango | 5,975.00 | 0.00 | | 0.00 | FA |
| 13. 1997 Buick LeSabre | 925.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $307,805.00 | $5,801.00 | | $5,801.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee had several claims disallowed. The Trustee fiiled his final Report with the US Trustees Office

Initial Projected Date of Final Report (TFR): 12/31/14 Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-39010 -BL
Case Name: BUCKLEY, RAYMOND JOSEPH
BUCKLEY, KRISTEN ALISA
Taxpayer ID No: *******2562
For Period Ending: 09/26/13

Trustee Name: MICHAEL G. BERLAND
Bank Name: Congressional Bank
Account Number / CD #: *******6484 Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/29/12 | 1 | Raymond & Kristen Buckely | Tax refund | 1224-000 | 5,801.00 | | 5,801.00 |
| 12/17/12 | 000101 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 1,330.10 | 4,470.90 |
| 12/17/12 | 000102 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Capital One Bank, N.A.<br>POB 41067<br>Norfolk VA 23541 | Claim 000001, Payment 13.56502% | 7100-000 | | 234.20 | 4,236.70 |
| 12/17/12 | 000103 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Claim 000002, Payment 13.56506% | 7100-000 | | 230.80 | 4,005.90 |
| 12/17/12 | 000104 | Wells Fargo Bank, N.A.<br>4137 121st Street<br>Urbandale, IA 50323 | Claim 000004, Payment 13.56481% | 7100-000 | | 687.09 | 3,318.81 |
| 12/17/12 | 000105 | Wells Fargo Bank, N.A.<br>4137 121st Street<br>Urbandale, IA 50323 | Claim 000005, Payment 13.56487% | 7100-000 | | 1,022.19 | 2,296.62 |
| * 12/17/12 | 000106 | Wells Fargo Financial Illinois_Inc<br>Bankruptcy Department<br>13675 Technology Dr. Bldg C, 2nd Floor<br>Eden Prairie, MN 55344-2252 | Claim 000006B, Payment 13.56184% | 7100-003 | | 23.74 | 2,272.88 |
| 12/17/12 | 000107 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000008, Payment 13.56495% | 7100-000 | | 168.79 | 2,104.09 |
| 12/17/12 | 000108 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent | Claim 000009, Payment 13.56466% | 7100-000 | | 269.42 | 1,834.67 |

Page Subtotals 5,801.00 3,966.33

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-39010 -BL
Case Name: BUCKLEY, RAYMOND JOSEPH
BUCKLEY, KRISTEN ALISA
Taxpayer ID No: *******2562
For Period Ending: 09/26/13

Trustee Name: MICHAEL G. BERLAND
Bank Name: Congressional Bank
Account Number / CD #: *******6484 Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 71083<br>Charlotte, NC 28272-1083 | | | | | |
| 12/17/12 | 000109 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Household Finance<br>POB 41067<br>Norfolk VA 23541 | Claim 000010, Payment 13.56487% | 7100-000 | | 1,610.25 | 224.42 |
| 12/17/12 | 000110 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000011, Payment 13.56473% | 7100-000 | | 27.63 | 196.79 |
| 12/17/12 | 000111 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000012, Payment 13.56497% | 7100-000 | | 71.60 | 125.19 |
| 12/17/12 | 000112 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000013, Payment 13.56564% | 7100-000 | | 30.95 | 94.24 |
| 12/17/12 | 000113 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000014, Payment 13.56397% | 7100-000 | | 25.21 | 69.03 |
| 12/17/12 | 000114 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603 | Claim 000015, Payment 13.56429% | 7100-000 | | 52.78 | 16.25 |
| 12/17/12 | 000115 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000016, Payment 13.55975% | 7100-000 | | 16.25 | 0.00 |
| * 06/05/13 | 000106 | Wells Fargo Financial Illinois_Inc | Claim 000006B, Payment 13.56184% | 7100-003 | | -23.74 | 23.74 |

Page Subtotals 0.00 1,810.93

Ver: 17.03

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-39010 -BL
Case Name: BUCKLEY, RAYMOND JOSEPH
BUCKLEY, KRISTEN ALISA
Taxpayer ID No: *******2562
For Period Ending: 09/26/13

Trustee Name: MICHAEL G. BERLAND
Bank Name: Congressional Bank
Account Number / CD #: *******6484 Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bankruptcy Department<br>13675 Technology Dr. Bldg C, 2nd Floor<br>Eden Prairie, MN 55344-2252 | Stale Dated | | | | |
| 06/05/13 | 000116 | Clerk Of Bankruptcy Court | Unclaimed funds | 7100-000 | | 23.74 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 5,801.00 | 5,801.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,801.00 | 5,801.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,801.00 | 5,801.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********6484 | 5,801.00 | 5,801.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 5,801.00 | 5,801.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 23.74 |