UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
TROST, RICHARD J                    §    Case No. 10-53155
TROST, BONITA                       §
                                    §
                                    §
          Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
        . The case was converted to one under Chapter 7 on              . The
undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/MICHAEL G. BERLAND_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-53155 | BL | Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|---|
| Case Name: | TROST, RICHARD J | | | | Date Filed (f) or Converted (c): | 05/09/12 (c) |
| | TROST, BONITA | | | | 341(a) Meeting Date: | 06/14/12 |
| For Period Ending: | 11/12/13 | | | | Claims Bar Date: | 09/14/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1144 Western Avenue, Yorkville, Illinois | 230,000.00 | 0.00 | | 180,085.55 | FA |
| 2. Checking account Old Second Bank | 300.00 | 0.00 | | 0.00 | FA |
| 3. Household goods | 900.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 5. Term insurance | 0.00 | 0.00 | | 0.00 | FA |
| 6. 401k Husbankd | 33,000.00 | 0.00 | | 0.00 | FA |
| 7. 401k Wife | 6,000.00 | 0.00 | | 0.00 | FA |
| 8. IRA Husband | 2,600.00 | 0.00 | | 0.00 | FA |
| 9. 401k | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2006 Jeep Cherokee | 6,800.00 | 0.00 | | 0.00 | FA |
| 11. 1997 Chevy Silveradp | 1,500.00 | 0.00 | | 0.00 | FA |
| 12. Dogs | 0.00 | 0.00 | | 0.00 | FA |
| 13. Return oof earnest money (u) | 1,000.00 | 0.00 | | 1,000.00 | FA |
| When the sale contract was terrminated aftef the lender rescinded the loan commitment, the trustee recieved the $1000 earnest money depost | | | | | |
| TOTALS (Excluding Unknown Values) | $282,500.00 | $0.00 | | $181,085.55 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trusttee employed a broker to attempt to sell a house. The Trustee filed several Motions to sell the house and the last Motion resulted in a sale.

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 10-53155    BL    Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | TROST, RICHARD J | Date Filed (f) or Converted (c): | 05/09/12 (c) |
| | TROST, BONITA | 341(a) Meeting Date: | 06/14/12 |
| | | Claims Bar Date: | 09/14/12 |

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 10-53155 -BL |
| Case Name: | TROST, RICHARD J |
| | TROST, BONITA |
| Taxpayer ID No: | *******9124 |
| For Period Ending: | 11/12/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******9280 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/06/13 | 13 | Century 21 Pro-Team | Return of earnest money | 1229-000 | 1,000.00 | | 1,000.00 |
| 02/18/13 | 001001 | Law Offices Of Robert Orman | Partial reimbursement of expenses | 2500-000 | | 755.00 | 245.00 |
| | | | advanced for Trost closing that was cancelled per court order | | | | |
| 02/18/13 | 001002 | Century 21 Pro Team | Reimbursement of expenses incurred | 2500-000 | | 245.00 | 0.00 |
| | | | for Trost closing that was cancelled per court order | | | | |
| * 04/26/13 | | Fidelity National Title | Sale of re per court order | 1110-003 | 180,000.00 | | 180,000.00 |
| 05/09/13 | | Congressional Bank | | 2600-000 | | 10.00 | 179,990.00 |
| * 05/10/13 | | Fidelity National Title | Sale of re per court order | 1110-003 | -180,000.00 | | -10.00 |
| | | | Due to clerical eror, depeot is being reversed. Amount deposited was correct. I am correcting TCMS ledger since gross amount of sale was entered rather than net proceeds | | | | |
| 05/10/13 | 1 | Fidelity National Title | Net proceeds of real estate sale | | 21,529.62 | | 21,519.62 |
| | | | Due to clerical eror, depeot is being reversed. Amount deposited was correct. I am correcting TCMS ledger since gross amount of sale was entered rather than net proceeds | | | | |
| | | FIDELITY NATIONAL TITLE | Memo Amount: 180,085.55 | 1110-000 | | | |
| | | | Net proceeds of real estate sale | | | | |
| | | | Memo Amount: ( 15,000.00 ) | 8100-000 | | | |
| | | | Richard Trost | | | | |
| | | | Memo Amount: ( 15,000.00 ) | 8100-000 | | | |
| | | | Bonnie Trost | | | | |
| | | | Memo Amount: ( 47,698.15 ) | 4110-000 | | | |
| | | | First National Bank of Omaha | | | | |
| | | | Memo Amount: ( 59,309.78 ) | 4110-000 | | | |
| | | | Fifth Third Bank | | | | |

Page Subtotals 22,529.62 1,010.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| | |
|---|---|
| Case No: | 10-53155 -BL |
| Case Name: | TROST, RICHARD J |
| | TROST, BONITA |
| Taxpayer ID No: | *******9124 |
| For Period Ending: | 11/12/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******9280  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Amount:   (   1,310.00 ) | 2500-000 | | | |
| | | | Fidelity National Title | | | | |
| | | | Memo Amount:   (   2,214.86 ) | 4800-000 | | | |
| | | | County Taxes | | | | |
| | | | Memo Amount:   (   6,853.12 ) | 4800-000 | | | |
| | | | Real Estate Tax 2012 Proration | | | | |
| | | | Memo Amount:   (   8,980.00 ) | 2500-000 | | | |
| | | | Real Estate Commission | | | | |
| | | | Memo Amount:   (   230.00 ) | 2500-000 | | | |
| | | | Closing Fee - Fidelity | | | | |
| | | | Memo Amount:   (   3.00 ) | 2500-000 | | | |
| | | | Recording Charge | | | | |
| | | | Memo Amount:   (   270.00 ) | 4800-000 | | | |
| | | | Transfer Taxes | | | | |
| | | | Memo Amount:   (   35.00 ) | 2500-000 | | | |
| | | | Survey Reimbursement to Casper | | | | |
| | | | Memo Amount:   (   100.00 ) | 2500-000 | | | |
| | | | Winterize Home Trustee Reimbursemet | | | | |
| | | | Memo Amount:   (   163.40 ) | 2500-000 | | | |
| | | | Bonnie Trost - Utility Com Ed | | | | |
| | | | Memo Amount:   (   362.65 ) | 2500-000 | | | |
| | | | Bonita Trost - Utility Nicor | | | | |
| | | | Memo Amount:   (   400.00 ) | 3210-000 | | | |
| | | | Attorny Fee - Robert Orman | | | | |
| | | | Memo Amount:   (   429.00 ) | 2500-000 | | | |
| | | | Homeowners Package - Pmt to Orman | | | | |
| | | | Memo Amount:   (   106.97 ) | 2500-000 | | | |
| | | | Bylaws - Pmt to Orman | | | | |
| | | | Memo Amount:   (   90.00 ) | 2500-000 | | | |

Page Subtotals           0.00           0.00

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-53155 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | TROST, RICHARD J | | Bank Name: | Congressional Bank |
| | TROST, BONITA | | Account Number / CD #: | *******9280 Checking Account |
| Taxpayer ID No: | *******9124 | | | |
| For Period Ending: | 11/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Amount owed to Orman - cost advance | | | | |
| 06/04/13 | | Congressional Bank | Bank fee | 2600-000 | | 22.85 | 21,496.77 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 22.09 | 21,474.68 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 22.80 | 21,451.88 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 22.77 | 21,429.11 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 180,085.55 | COLUMN TOTALS | | 22,529.62 | 1,100.51 | 21,429.11 |
| Memo Allocation Disbursements: | 158,555.93 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 22,529.62 | 1,100.51 | |
| Memo Allocation Net: | 21,529.62 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 22,529.62 | 1,100.51 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 180,085.55 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 158,555.93 | Checking Account - ********9280 | | 22,529.62 | 1,100.51 | 21,429.11 |
| | | | | ------------------ | ------------------ | ------------------ |
| Total Memo Allocation Net: | 21,529.62 | | | 22,529.62 | 1,100.51 | 21,429.11 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       90.51

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 12, 2013 |

Case Number: 10-53155  
Debtor Name: TROST, RICHARD J  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $9,587.73 | $0.00 | $9,587.73 |
| 000002 070 7100-00 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $730.70 | $0.00 | $730.70 |
| 000003 070 7100-00 | National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125 | Unsecured | | $2,496.63 | $0.00 | $2,496.63 |
| 000004 070 7100-00 | Wells Fargo Bank NA<br>4137 121st Street<br>Urbandale IA 50323 | Unsecured | | $9,406.30 | $0.00 | $9,406.30 |
| 000005 070 7100-00 | Fifth Third Bank<br>P.O. Box 829009<br>Dallas, TX 75382 | Unsecured | | $7,522.50 | $0.00 | $7,522.50 |
| 000006 070 7100-00 | Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040 | Unsecured | | $7,129.81 | $0.00 | $7,129.81 |
| 000007 070 7100-00 | Amalgamated Bk Chicago<br>1 W Monroe St<br>Chicago, IL 60603 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000008 070 7100-00 | eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $3,864.71 | $0.00 | $3,864.71 |
| 000010 070 7100-00 | Fifth Third Bank<br>P.O. Box 829009<br>Dallas, TX 75382 | Unsecured | | $11,887.21 | $0.00 | $11,887.21 |
| 000011 070 7100-00 | Fifth Third Bank<br>P.O. Box 829009<br>Dallas, TX 75382 | Unsecured | | $11,453.96 | $0.00 | $11,453.96 |
| 000012 070 7100-00 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Unsecured | | $8,910.59 | $0.00 | $8,910.59 |
| 000013 070 7100-00 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603 | Unsecured | | $1,341.63 | $0.00 | $1,341.63 |
| 000014 070 7100-00 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Wal-mart | Unsecured | | $1,151.98 | $0.00 | $1,151.98 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: November 12, 2013

Case Number: 10-53155
Debtor Name: TROST, RICHARD J

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | POB 41067<br>Norfolk VA 23541 | | | | | |
| 000015<br>070<br>7100-00 | eCAST Settlement Corporation, assignee of Citibank (South Dakota), N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $6,390.74 | $0.00 | $6,390.74 |
| 000016<br>070<br>7100-00 | HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541 | Unsecured | | $563.16 | $0.00 | $563.16 |
| 000017<br>070<br>7100-00 | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 | Unsecured | | $718.51 | $0.00 | $718.51 |
| 000018<br>070<br>7100-00 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $2,123.86 | $0.00 | $2,123.86 |
| 000019<br>070<br>7100-00 | Amalgamated Bk Chicago<br>1 W Monroe St<br>Chicago, IL 60603 | Unsecured | | $9,252.26 | $0.00 | $9,252.26 |
| 000009<br>050<br>4110-00 | Fifth Third Bank<br>P.O. Box 829009<br>Dallas, TX 75382 | Secured | | $61,681.73 | $0.00 | $61,681.73 |
| | Case Totals: | | | $156,214.01 | $0.00 | $156,214.01 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-53155
Case Name: TROST, RICHARD J
TROST, BONITA
Trustee Name: MICHAEL G. BERLAND

Balance on hand                                     $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009 | Fifth Third Bank | $ | $ | $ | $ |

Total to be paid to secured creditors                $_____

Remaining Balance                                    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ | $ | $ |
| Trustee Expenses: MICHAEL G. BERLAND | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | TARGET NATIONAL BANK | $ | $ | $ |
| 000003 | National Capital Management, LLC. | $ | $ | $ |
| 000004 | Wells Fargo Bank NA | $ | $ | $ |
| 000005 | Fifth Third Bank | $ | $ | $ |
| 000006 | Department Stores National Bank/Macy's | $ | $ | $ |
| 000007 | Amalgamated Bk Chicago | $ | $ | $ |
| 000008 | eCAST Settlement Corporation | $ | $ | $ |
| 000010 | Fifth Third Bank | $ | $ | $ |
| 000011 | Fifth Third Bank | $ | $ | $ |
| 000012 | PNC BANK | $ | $ | $ |
| 000013 | East Bay Funding, LLC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | PRA Receivables Management, LLC | $ | $ | $ |
| 000015 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000016 | HSBC Bank Nevada, N.A. | $ | $ | $ |
| 000017 | Verizon Wireless | $ | $ | $ |
| 000018 | LVNV Funding LLC | $ | $ | $ |
| 000019 | Amalgamated Bk Chicago | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE