UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
TROST, RICHARD J § Case No. 10-53155
TROST, BONITA §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 S. Dearborn
          Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 01/10/2014 in Courtroom ,
     Joliet City Hall
     150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/12/2013          By: /s/ Michael G. Berland
                                                                        Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
TROST, RICHARD J § Case No. 10-53155
TROST, BONITA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 181,085.55 |
| and approved disbursements of | $ | 159,656.44 |
| leaving a balance on hand of[1] | $ | 21,429.11 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009 | Fifth Third Bank | $ 61,681.73 | $ 61,681.73 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 21,429.11 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 12,304.28 | $ 0.00 | $ 12,304.28 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 17.60 | $ 0.00 | $ 17.60 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 12,321.88 |
| Remaining Balance | $ | 9,107.23 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,532.28 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 9,587.73 | $ 0.00 | $ 923.68 |
| 000002 | TARGET NATIONAL BANK | $ 730.70 | $ 0.00 | $ 70.40 |
| 000003 | National Capital Management, LLC. | $ 2,496.63 | $ 0.00 | $ 240.53 |
| 000004 | Wells Fargo Bank NA | $ 9,406.30 | $ 0.00 | $ 906.20 |
| 000005 | Fifth Third Bank | $ 7,522.50 | $ 0.00 | $ 724.72 |
| 000006 | Department Stores National Bank/Macy's | $ 7,129.81 | $ 0.00 | $ 686.88 |
| 000007 | Amalgamated Bk Chicago | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008 | eCAST Settlement Corporation | $ 3,864.71 | $ 0.00 | $ 372.33 |
| 000010 | Fifth Third Bank | $ 11,887.21 | $ 0.00 | $ 1,145.21 |
| 000011 | Fifth Third Bank | $ 11,453.96 | $ 0.00 | $ 1,103.47 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | PNC BANK | $ 8,910.59 | $ 0.00 | $ 858.45 |
| 000013 | East Bay Funding, LLC | $ 1,341.63 | $ 0.00 | $ 129.25 |
| 000014 | PRA Receivables Management, LLC | $ 1,151.98 | $ 0.00 | $ 110.98 |
| 000015 | eCAST Settlement Corporation, assignee | $ 6,390.74 | $ 0.00 | $ 615.68 |
| 000016 | HSBC Bank Nevada, N.A. | $ 563.16 | $ 0.00 | $ 54.25 |
| 000017 | Verizon Wireless | $ 718.51 | $ 0.00 | $ 69.22 |
| 000018 | LVNV Funding LLC | $ 2,123.86 | $ 0.00 | $ 204.61 |
| 000019 | Amalgamated Bk Chicago | $ 9,252.26 | $ 0.00 | $ 891.37 |

Total to be paid to timely general unsecured creditors     $     9,107.23

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
                                  Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-53155-BWB
Richard J Trost                                                           Chapter 7
Bonita Trost
        Debtors               **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: dpruitt              Page 1 of 2              Date Rcvd: Nov 14, 2013
                              Form ID: pdf006            Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2013.
```
db/jdb       #+Richard J Trost,    Bonita Trost,    1144 Western Lane,    Yorkville, IL 60560-4585
16487765     +Amalgamated Bank,    1 West Monroe,    Chicago, IL 60603-5384
16487766     +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
16487768    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
              (address filed with court: Chrysler Credit,    Po Box 8065,    Royal Oak, MI 48068)
16487769    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
              Kansas City, MO 64195)
16649652      Chase Bank USA, N.A.,   PO Box 15145,    Wilmington, DE 19850-5145
16487767     +Chase- Bp,   Po Box 15298,    Wilmington, DE 19850-5298
16537106     +Department Stores National Bank/Macy's,    Bankruptcy Processing,    PO Box 8053,
              Mason, OH 45040-8053
16551299     +Fia Card Services, NA As Successor In Interest to,    Bank of America NA and Mbna America Bank,
              1000 Samoset Drive,    DE5-023-03-03,    Newark, DE 19713-6000
16487773     +Fifth Third Bank,    5050 Kingsley Dr,   Cincinnati, OH 45227-1115
16487772     +Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5,    1850 East Paris,
              Grand Rapids, MI 49546-6210
16535062     +Fifth Third Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
16487774     +First Natl Bank Of Oma,    1620 Dodge Street,    Omaha, NE 68197-0002
16730828     +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
              Norfolk VA 23541-0907
16487776     +Heller and Frisone, Ltd,    33 N. LaSalle #1200,    Chicago, IL 60602-2866
16487777     +Hsbc Bank,   Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
16487779     +Macys/fdsb,   Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
16487780     +National City Card Ser,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
16619303     +PNC BANK,   PO BOX 94982,    CLEVELAND, OH 44101-4982
16666760     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Wal-mart,
              POB 41067,   Norfolk VA 23541-1067
16487782     +Target,   Po Box 9475,    Minneapolis, MN 55440-9475
16487784    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank/na Nd,    Attn: Bankruptcy Dept,    Po Box 5229,
              Cincinnati, OH 45201)
16487785     +Verizon,   Attn: Bankruptcy,    Po Box 3397,    Bloomington, IL 61702-3397
16849438     #Verizon Wireless,    PO Box 3397,    Bloomington, IL 61702-3397
16487786     +Wells Fargo,    Wells Fargo Financial,    4137 121st St,    Urbandale, IA 50323-2310
16529708     +Wells Fargo Bank NA,    4137 121st Street,    Urbandale IA 50323-2310
16788569      eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
16700182      eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
              New York, NY 10087-9262
16487781     +north shore agency,    4000 e. 5th ave,    Columbus, OH 43219-1811
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17406964      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2013 00:57:31     B-Line, LLC,
              P.O. Box 91121,   Dept. 550,   Seattle, WA 98111-9221
16900653      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2013 01:00:01     CR Evergreen II, LLC,
              MS 550,   PO Box 91121,   Seattle, WA 98111-9221
16502114      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 15 2013 01:01:01     Discover Bank,
              Dfs Services LLC,   PO Box 3025,    New Albany, OH 43054-3025
16487771     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 15 2013 01:01:01     Discover Fin,
              Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
18267567     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2013 01:01:58     East Bay Funding, LLC,
              c/o Resurgent Capital Services,    PO Box 288,   Greenville, SC 29602-0288
16524990      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2013 01:01:58     GE Money Bank,
              c/o B-Line, LLC,    MS 550,   PO Box 91121,   Seattle, WA 98111-9221
16487775     +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2013 01:00:32     Gemb/walmart,    Po Box 981400,
              El Paso, TX 79998-1400
16918318      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2013 00:57:30     LVNV Funding LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
16487778     +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2013 01:02:04     Lowes / MBGA,
              Attention:  Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
18465196     +E-mail/Text: bknotice@ncmllc.com Nov 15 2013 00:50:32     National Capital Management, LLC.,
              8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741
16517964     +E-mail/Text: bncmail@w-legal.com Nov 15 2013 00:50:30     TARGET NATIONAL BANK,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 11
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1            User: dpruitt              Page 2 of 2                  Date Rcvd: Nov 14, 2013
                                Form ID: pdf006            Total Noticed: 40

16487770*    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Citibank Usa,   Attn.: Centralized  Bankruptcy,   Po Box 20363,
               Kansas City, MO 64195)
16487783*    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Thd/cbsd,   Citibank USA/Attn: Centralized Bankruptc,   P.O. Box 20363,
               Kansas City, MO 64195)
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2013 at the address(es) listed below:
              David  Chang     on behalf of Joint Debtor Bonita   Trost dchang@changandcarlin.com,
               changcarlin@iamthewolf.com
              David  Chang     on behalf of Debtor Richard J Trost dchang@changandcarlin.com,
               changcarlin@iamthewolf.com
              Heather M Giannino    on behalf of Creditor    First National Bank of Omaha bankruptcy@hsbattys.com,
               bankruptcy@hsbattys.com
              John P Carlin     on behalf of Joint Debtor Bonita   Trost jcarlin@changandcarlin.com,
               changcarlin@iamthewolf.com
              John P Carlin     on behalf of Debtor Richard J Trost jcarlin@changandcarlin.com,
               changcarlin@iamthewolf.com
              Michael G Berland    on behalf of Trustee Michael G Berland einstein829@earthlink.net,
               IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Michael G Berland    einstein829@earthlink.net,  IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```