UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
TROST, RICHARD J § Case No. 10-53155
TROST, BONITA §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $             (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter     on           , and it was converted to chapter 7 on          . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/MICHAEL G. BERLAND_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chrysler Credit Po Box 8065 Royal Oak, MI 48068 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank C/O Bankruptcy Dept, Mdropso5 1850 East Paris Grand Rapids, MI 49546 | | | | | |
| | First Natl Bank Of Oma 1620 Dodge Street Omaha, NE 68197 | | | | | |
| 000009 | FIFTH THIRD BANK | | | | | |
| | Fifth Third Bank | | | | | |
| | First National Bank of Omaha | | | | | |
| | County Taxes | | | | | |
| | Real Estate Tax 2012 Proration | | | | | |
| | Transfer Taxes | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Amount owed to Orman - cost advance | | | | | |
| Bonita Trost - Utility Nicor | | | | | |
| Bonnie Trost - Utility Com Ed | | | | | |
| Bylaws - Pmt to Orman | | | | | |
| CENTURY 21 PRO TEAM | | | | | |
| Closing Fee - Fidelity | | | | | |
| Fidelity National Title | | | | | |
| Homeowners Package - Pmt to Orman | | | | | |
| LAW OFFICES OF ROBERT ORMAN | | | | | |
| Real Estate Commission | | | | | |
| Recording Charge | | | | | |
| Survey Reimbursement to Casper | | | | | |
| Winterize Home Trustee Reimbursemet | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| Attorny Fee - Robert Orman | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Attn: Bankruptcy NC4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | | | | |
| | Chase- Bp Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Gemb/walmart Po Box 981400 El Paso, TX 79998 | | | | | |
| | Heller and Frisone, Ltd 33 N. LaSalle #1200 Chicago, IL 60602 | | | | | |
| | Lowes / MBGA Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| | National City Card Ser 1 National City Pkwy Kalamazoo, MI 49009 | | | | | |
| | Thd/cbsd Citibank USA/Attn: Centralized Bankruptc P.O. Box 20363 Kansas City, MO 64195 | | | | | |
| | Us Bank/na Nd Attn: Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | | | | | |
| | north shore agency 4000 e. 5th ave Columbus, OH 43219 | | | | | |
| 000007 | AMALGAMATED BK CHICAGO | | | | | |
| 000019 | AMALGAMATED BK CHICAGO | | | | | |
| 000006 | DEPARTMENT STORES NATIONAL BANK/MAC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000013 | EAST BAY FUNDING, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | ECAST SETTLEMENT CORPORATION | | | | | |
| 000015 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000005 | FIFTH THIRD BANK | | | | | |
| 000010 | FIFTH THIRD BANK | | | | | |
| 000011 | FIFTH THIRD BANK | | | | | |
| 000016 | HSBC BANK NEVADA, N.A. | | | | | |
| 000018 | LVNV FUNDING LLC | | | | | |
| 000003 | NATIONAL CAPITAL MANAGEMENT, LLC. | | | | | |
| 000012 | PNC BANK | | | | | |
| 000014 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000002 | TARGET NATIONAL BANK | | | | | |
| 000017 | VERIZON WIRELESS | | | | | |
| 000004 | WELLS FARGO BANK NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-53155 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | TROST, RICHARD J | | | Date Filed (f) or Converted (c): | 05/09/12 (c) |
| | TROST, BONITA | | | 341(a) Meeting Date: | 06/14/12 |
| For Period Ending: | 03/19/14 | | | Claims Bar Date: | 09/14/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1144 Western Avenue, Yorkville, Illinois | 230,000.00 | 21,529.62 | | 180,085.55 | FA |
| 2. Checking account Old Second Bank | 300.00 | 0.00 | | 0.00 | FA |
| 3. Household goods | 900.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 5. Term insurance | 0.00 | 0.00 | | 0.00 | FA |
| 6. 401k Husbankd | 33,000.00 | 0.00 | | 0.00 | FA |
| 7. 401k Wife | 6,000.00 | 0.00 | | 0.00 | FA |
| 8. IRA Husband | 2,600.00 | 0.00 | | 0.00 | FA |
| 9. 401k | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2006 Jeep Cherokee | 6,800.00 | 0.00 | | 0.00 | FA |
| 11. 1997 Chevy Silveradp | 1,500.00 | 0.00 | | 0.00 | FA |
| 12. Dogs | 0.00 | 0.00 | | 0.00 | FA |
| 13. Return oof earnest money (u) When the sale contract was terrminated aftef the lender rescinded the loan commitment, the trustee recieved the $1000 earnest money depost | 1,000.00 | 0.00 | | 1,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $282,500.00 | $21,529.62 | | $181,085.55 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trusttee employed a broker to attempt to sell a house. The Trustee filed several Motions to sell the house and the last Motion resulted in a sale.

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

LFORM1                                                                                                                           Ver: 17.04c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-53155   BL   Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | TROST, RICHARD J | Date Filed (f) or Converted (c): | 05/09/12 (c) |
| | TROST, BONITA | 341(a) Meeting Date: | 06/14/12 |
| | | Claims Bar Date: | 09/14/12 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-53155 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | TROST, RICHARD J | | Bank Name: | Congressional Bank |
| | TROST, BONITA | | Account Number / CD #: | *******9280 Checking Account |
| Taxpayer ID No: | *******9124 | | | |
| For Period Ending: | 03/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/06/13 | 13 | Century 21 Pro-Team | Return of earnest money | 1229-000 | 1,000.00 | | 1,000.00 |
| 02/18/13 | 001001 | Law Offices Of Robert Orman | Partial reimbursement of expenses advanced for Trost closing that was cancelled per court order | 2500-000 | | 755.00 | 245.00 |
| 02/18/13 | 001002 | Century 21 Pro Team | Reimbursement of expenses incurred for Trost closing that was cancelled per court order | 2500-000 | | 245.00 | 0.00 |
| * 04/26/13 | | Fidelity National Title | Sale of re per court order | 1110-003 | 180,000.00 | | 180,000.00 |
| 05/09/13 | | Congressional Bank | | 2600-000 | | 10.00 | 179,990.00 |
| * 05/10/13 | | Fidelity National Title | Sale of re per court order Due to clerical eror, depeot is being reversed. Amount deposited was correct. I am correcting TCMS ledger since gross amount of sale was entered rather than net proceeds | 1110-003 | -180,000.00 | | -10.00 |
| 05/10/13 | 1 | Fidelity National Title | Net proceeds of real estate sale Due to clerical eror, depeot is being reversed. Amount deposited was correct. I am correcting TCMS ledger since gross amount of sale was entered rather than net proceeds | | 21,529.62 | | 21,519.62 |
| | | FIDELITY NATIONAL TITLE | Memo Amount: 180,085.55 Net proceeds of real estate sale | 1110-000 | | | |
| | | | Memo Amount: ( 15,000.00 ) Richard Trost | 8100-000 | | | |
| | | | Memo Amount: ( 15,000.00 ) Bonnie Trost | 8100-000 | | | |
| | | | Memo Amount: ( 47,698.15 ) First National Bank of Omaha | 4110-000 | | | |
| | | | Memo Amount: ( 59,309.78 ) Fifth Third Bank | 4110-000 | | | |

Page Subtotals  22,529.62  1,010.00

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-53155 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | TROST, RICHARD J | | Bank Name: | Congressional Bank |
| | TROST, BONITA | | Account Number / CD #: | *******9280  Checking Account |
| Taxpayer ID No: | *******9124 | | | |
| For Period Ending: | 03/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Amount:  ( 1,310.00 )  | 2500-000 | | | |
| | | | Fidelity National Title | | | | |
| | | | Memo Amount:  ( 2,214.86 )  | 4800-000 | | | |
| | | | County Taxes | | | | |
| | | | Memo Amount:  ( 6,853.12 )  | 4800-000 | | | |
| | | | Real Estate Tax 2012 Proration | | | | |
| | | | Memo Amount:  ( 8,980.00 )  | 2500-000 | | | |
| | | | Real Estate Commission | | | | |
| | | | Memo Amount:  ( 230.00 )  | 2500-000 | | | |
| | | | Closing Fee - Fidelity | | | | |
| | | | Memo Amount:  ( 3.00 )  | 2500-000 | | | |
| | | | Recording Charge | | | | |
| | | | Memo Amount:  ( 270.00 )  | 4800-000 | | | |
| | | | Transfer Taxes | | | | |
| | | | Memo Amount:  ( 35.00 )  | 2500-000 | | | |
| | | | Survey Reimbursement to Casper | | | | |
| | | | Memo Amount:  ( 100.00 )  | 2500-000 | | | |
| | | | Winterize Home Trustee Reimbursemet | | | | |
| | | | Memo Amount:  ( 163.40 )  | 2500-000 | | | |
| | | | Bonnie Trost - Utility Com Ed | | | | |
| | | | Memo Amount:  ( 362.65 )  | 2500-000 | | | |
| | | | Bonita Trost - Utility Nicor | | | | |
| | | | Memo Amount:  ( 400.00 )  | 3210-000 | | | |
| | | | Attorny Fee - Robert Orman | | | | |
| | | | Memo Amount:  ( 429.00 )  | 2500-000 | | | |
| | | | Homeowners Package - Pmt to Orman | | | | |
| | | | Memo Amount:  ( 106.97 )  | 2500-000 | | | |
| | | | Bylaws - Pmt to Orman | | | | |
| | | | Memo Amount:  ( 90.00 )  | 2500-000 | | | |

Page Subtotals        0.00        0.00

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-53155 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | TROST, RICHARD J | Bank Name: | Congressional Bank |
| | TROST, BONITA | Account Number / CD #: | *******9280 Checking Account |
| Taxpayer ID No: | *******9124 | | |
| For Period Ending: | 03/19/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Note: Column 7 (Account / CD Balance) shown below.

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | Amount owed to Orman - cost advance | | | | |
| 06/04/13 | | Congressional Bank | Bank fee | 2600-000 | | 22.85 | 21,496.77 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 22.09 | 21,474.68 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 22.80 | 21,451.88 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 22.77 | 21,429.11 |
| 01/14/14 | 001003 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 10,804.28 | 10,624.83 |
| 01/14/14 | 001004 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Expenses | 2200-000 | | 17.60 | 10,607.23 |
| 01/14/14 | 001005 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 11.22080% | 7100-000 | | 1,075.82 | 9,531.41 |
| 01/14/14 | 001006 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000002, Payment 11.22075% | 7100-000 | | 81.99 | 9,449.42 |
| 01/14/14 | 001007 | National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125 | Claim 000003, Payment 11.22073% | 7100-000 | | 280.14 | 9,169.28 |
| 01/14/14 | 001008 | Wells Fargo Bank NA<br>4137 121st Street<br>Urbandale IA 50323 | Claim 000004, Payment 11.22078% | 7100-000 | | 1,055.46 | 8,113.82 |
| 01/14/14 | 001009 | Fifth Third Bank<br>P.O. Box 829009 | Claim 000005, Payment 11.22074% | 7100-000 | | 844.08 | 7,269.74 |

Page Subtotals  0.00  14,249.88

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-53155 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | TROST, RICHARD J | Bank Name: | Congressional Bank |
|  | TROST, BONITA | Account Number / CD #: | *******9280 Checking Account |
| Taxpayer ID No: | *******9124 |  |  |
| For Period Ending: | 03/19/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/14/14 | 001010 | Dallas, TX 75382<br>Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040 | Claim 000006, Payment 11.22078% | 7100-000 |  | 800.02 | 6,469.72 |
| 01/14/14 | 001011 | eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 | Claim 000008, Payment 11.22076% | 7100-000 |  | 433.65 | 6,036.07 |
| 01/14/14 | 001012 | Fifth Third Bank<br>P.O. Box 829009<br>Dallas, TX 75382 | Claim 000010, Payment 11.22072% | 7100-000 |  | 1,333.83 | 4,702.24 |
| 01/14/14 | 001013 | Fifth Third Bank<br>P.O. Box 829009<br>Dallas, TX 75382 | Claim 000011, Payment 11.22075% | 7100-000 |  | 1,285.22 | 3,417.02 |
| 01/14/14 | 001014 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Claim 000012, Payment 11.22069% | 7100-000 |  | 999.83 | 2,417.19 |
| 01/14/14 | 001015 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603 | Claim 000013, Payment 11.22068% | 7100-000 |  | 150.54 | 2,266.65 |
| 01/14/14 | 001016 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Wal-mart<br>POB 41067<br>Norfolk VA 23541 | Claim 000014, Payment 11.22068% | 7100-000 |  | 129.26 | 2,137.39 |
| 01/14/14 | 001017 | eCAST Settlement Corporation, assignee<br>of Citibank (South Dakota), N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000015, Payment 11.22077% | 7100-000 |  | 717.09 | 1,420.30 |

Page Subtotals  0.00  5,849.44

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 5

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-53155 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | TROST, RICHARD J | Bank Name: | Congressional Bank |
| | TROST, BONITA | Account Number / CD #: | *******9280  Checking Account |
| Taxpayer ID No: | *******9124 | | |
| For Period Ending: | 03/19/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/14/14 | 001018 | HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541 | Claim 000016, Payment 11.22061% | 7100-000 | | 63.19 | 1,357.11 |
| 01/14/14 | 001019 | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 | Claim 000017, Payment 11.22044% | 7100-000 | | 80.62 | 1,276.49 |
| 01/14/14 | 001020 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000018, Payment 11.22061% | 7100-000 | | 238.31 | 1,038.18 |
| 01/14/14 | 001021 | Amalgamated Bk Chicago<br>1 W Monroe St<br>Chicago, IL 60603 | Claim 000019, Payment 11.22083% | 7100-000 | | 1,038.18 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 180,085.55 | | COLUMN TOTALS | 22,529.62 | 22,529.62 | 0.00 |
| Memo Allocation Disbursements: | 158,555.93 | | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 22,529.62 | 22,529.62 | |
| Memo Allocation Net: | 21,529.62 | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 22,529.62 | 22,529.62 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 180,085.55 | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 158,555.93 | | Checking Account - ********9280 | 22,529.62 | 22,529.62 | 0.00 |
| Total Memo Allocation Net: | 21,529.62 | | | 22,529.62 | 22,529.62 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    1,420.30

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 17)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 10-53155 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | TROST, RICHARD J | | Bank Name: | Congressional Bank |
| | TROST, BONITA | | Account Number / CD #: | *******9280  Checking Account |
| Taxpayer ID No: | *******9124 | | | |
| For Period Ending: | 03/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals        0.00        0.00

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*